# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

WILLIAM E. ROCKEY                                                           PLAINTIFF
Reg. #04307-063

V.                              2:09CV00050 WRW/BD

UNITED STATES OF AMERICA, et al.                              DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  The parties have not filed objections.  After careful review of the

recommendation, as well as a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #19) is GRANTED.

Plaintiff's pending claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of March, 2010.


                                            /s/Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE