# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**WILLIAM E. ROCKEY**                                                                                   **PLAINTIFF**
**Reg. #04307-063**

**V.**                                    **2:09CV00050 WRW/BD**

**UNITED STATES OF AMERICA, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of March, 2010.


                                        /s/Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE